## Thomas, Appellant, v. Thomas.

Submitted November 19, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Malcolm W. Berkowitz,* for appellant.

*Arnold H. Winicov,* for appellee.

OPINION PER CURIAM, March 18, 1971:

Decree vacated for the reasons noted in *Righter v. Righter,* 442 Pa. 428, 275 A. 2d 4 (1971), announced this same date. Each party to pay own costs. The matter is transferred to the Orphans' Court Division of the Court of Common Pleas of Philadelphia.

Mr. Justice COHEN took no part in the decision of this case.